# Third District Court of Appeal

**State of Florida**

Opinion filed February 15, 2017.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D16-2253
Lower Tribunal No. 13-3447B

————————

**Jorge Martin Mazzi,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stephen Thomas Millan, Judge.

Jorge Martin Mazzi, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, C.J., and LAGOA and SCALES, JJ.

This is an appeal of an order summarily denying a motion under Florida Rule of Criminal Procedure 3.801. On appeal from a summary denial, this Court

must reverse unless the postconviction record, <u>see</u> Fla. R. App. P. 9.141(b)(2)(A), shows conclusively that the appellant is entitled to no relief. <u>See</u> Fla. R. App. P. 9.141(b)(2)(D).

Because the record now before us fails to make the required showing, we reverse the order and remand for attachment of records conclusively showing that the appellant is not entitled to any relief or an evidentiary hearing. <u>Langdon v. State</u>, 947 So. 2d 460 (Fla. 3d DCA 2007). If the trial court again enters an order summarily denying the postconviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief.

Reversed and remanded for further proceedings.